THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUDITH ZIMMERLY; ZP#5 LLC, a Washington limited liability company; JERRY NUTTER; and NUTTER CORPORATION, a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>COLUMBIA RIVER GORGE COMMISSION; ROBERT LIBERTY, in official and individual capacities; BRIDGET BAILEY, in official capacity; BOWEN BLAIR, in official capacity; HON. DON BONKER, in official capacity; LYNN BURDITT, in official capacity; KEITH CHAMBERLAIN, in official capacity; SONDRA CLARK, in official capacity; LORRIE DEKAY, in official capacity; DAN ERICKSEN, in official capacity; ROBIN GRIMWADE, in official capacity; JERRY MENINICK, in official capacity; CARINA MILLER, in official capacity; ANTONE MINTHORN, in official capacity; RODGER NICHOLS, in official capacity; DAMON WEBSTER, in official capacity; and JANET WAINWRIGHT, in official capacity,<br><br>Defendants. | Case No. 3:22-CV-5209-BHS<br><br>FED. R. CIV. P. 26(F) AND LCR 16 JOINT STATUS REPORT AND DISCOVERY PLAN |

## **JOINT STATUS REPORT AND DISCOVERY PLAN**

In accordance with the Court's October 14, 2022 Order to Show Cause, Dkt. No. 64, Plaintiffs Judith Zimmerly, ZP#5 LLC, Jerry Nutter and Nutter Corporation ("Plaintiffs") and

FED. R. CIV. P. 26(F) AND LCR 16 JOINT STATUS REPORT AND DISCOVERY PLAN: CASE NO. 3:22-CV-5209 - 1

PDX\139481\272315\MLCA\35338751.4

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
700 Washington Street, Suite 701
Vancouver, WA 98660
Telephone: 360-694-7551

Defendants Columbia River Gorge Commission, Commissioners Robert Liberty, Bridget Bailey, Bowen Blair, Honorable Don Bonker, Keith Chamberlain, Sondra Clark, Lorrie Dekay, Dan Ericksen, Robin Grimwade, Jerry Meninick, Carina Miller, Anotone Minthorn, Rodger Nichols, Damon Webster, and Jane Wainwright ("Defendants"), (collectively, the "Parties"), by and through their counsel submit this Joint Status Report[1].

The Parties met and conferred by Zoom conference on November 18, 2022 and have cooperated in the preparation of this Report.

Defendant Lynn Burditt filed an unopposed motion to be dismissed from this case so, with consent of all Parties' counsel, Defendant Burditt's counsel did not participate in the Rule 26(f) conference or the preparation of this Report.

Rule 26(f)(2):  The Parties briefly discussed the nature and bases for their claims and defenses, the possibilities for settling or resolving the case outside of court, and whether a discovery plan can be developed.

The Parties agreed that until the Court rules on the pending motions to intervene and motions to dismiss (the "Motions"), they cannot effectively develop a discovery plan; consider settlement; accurately estimate the number of days needed for trial; or otherwise plan for the dates upon which they will be ready for trial.  The Parties recommend they reconvene within ten (10) days after the Court's ruling on the pending Motions to conduct another Rule 26(f) conference if the Court does not dismiss Plaintiffs' complaint in its entirety. At such conference, the Parties would develop a discovery plan; determine whether any discovery limitations should be imposed; determine whether any Rule 26(c) or Rule 16(b) and (c) orders may be desirable; discuss whether to stay all or part of the case to allow the related proceedings

---

[1] The Commission and Washington Commissioners assert that the named Commissioners who are no longer on the Commission should be substituted by their successors under Rule 25(d).

FED. R. CIV. P. 26(F) AND LCR 16 JOINT STATUS REPORT AND DISCOVERY PLAN: CASE NO. 3:22-CV-5209 - 2
PDX\139481\272315\MLCA\35338751.4

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
700 Washington Street, Suite 701
Vancouver, WA 98660
Telephone: 360-694-7551

currently pending in the Washington State Court of Appeals Division II to finalize; and then submit another joint status report to the Court (the "Second Report").

The Parties exchanged initial disclosures as required by FRCP 26(a)(1), on or before December 2, 2022, as required by Court's order at Docket 66.

The Parties agreed to preserve discoverable information and do not currently anticipate any problems doing so.

The Parties plan to sign and file an electronically stored information (ESI) agreement that is essentially in the form of the Court's Model ESI Agreement, together with the Second Report, proposed above.

The Parties anticipate there may be issues in this case regarding attorney-client privilege or work product protections related to the joint defense agreement that is implicated by this litigation. The Parties propose to address those concerns in the Second Report, once the Court rules on the Motions.

Dated this 9th day of December, 2022.

/s/ Katy Dixon, auth'd by email 12/6/2022

WILLIAM MCGINTY, WSBA #41868
KATY DIXON, WSBA #43469
7141 Cleanwater Dr. SW
P.O. Box 40111
Olympia, WA 98504-0111
william.mcginty@atg.wa.gov
katy.dixon@atg.wa.gov
*Attorneys for Columbia River Gorge Commission, and Commissioners Sondra Clark, Robin Grimwade, Tamara Kaufman, Jerry Meninick, Pah-Tu Pitt, and Amy Weissfeld*

DAVID H. BOWSER, WSBA #43322
JAMIE D. HOWSLEY, WSBA #32442
1499 SE Tech Center Place, Suite 380
Vancouver, WA 98683
david.bowser@jordanramis.com
jamie.howsley@jordanramis.com
*Attorneys for Judith Zimmerly and ZP#5 LLC*

FED. R. CIV. P. 26(F) AND LCR 16 JOINT STATUS REPORT AND DISCOVERY PLAN:
CASE NO. 3:22-CV-5209 - 3

PDX\139481\272315\MLCA\35338751.4

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
700 Washington Street, Suite 701
Vancouver, WA 98660
Telephone: 360-694-7551

_(signature)_
MAREN L. CALVERT, WSBA #53940
Schwabe, Williamson & Wyatt, P.C.
700 Washington Street, Suite 701
Vancouver, WA 98660
mcalvert@schwabe.com
*Attorney for Jerry Nutter and Nutter Corporation*

/s/ Allie M. Boyd, auth'd by email 12/8/2022
ALLIE M. BOYD, WSBA #56444
JAMES S. SMITH, WSBA #14761
Oregon State Department of Justice
100 SW Market Street
Portland, OR 97201
allie.m.boyd@doj.state.or.us
james.s.smith@doj.state.or.us
*Attorneys for Defendants Blair, Ericksen, Liberty, Miller, Minthorn, and Nichols*

/s/ Aaron D. Kelley, auth'd by email 12/8/2022
AARON D. KELLEY, OSB #210615
Oregon State Department of Justice
100 Market Street
Portland, OR 97201
aaron.kelley@doj.state.or.us
*Attorney for Bridget Bailey*

/s/ Nathan J. Baker, auth'd by email 12/9/2022
NATHAN J. BAKER, WSBA #35195
123 NE 3rd Ave., Suite 108
Portland, OR 97232-2975
nathan@gorgefriends.org
*Attorney for Proposed Intervenor-Defendant Friends of the Columbia Gorge, Inc.*

/s/ Jeffrey S. Myers, auth'd by email 12/5/2022
JEFFREY S. MYERS, WSBA #16390
P.O. Box 11880
Olympia, WA 98508-1880
jmeyers@lldkb.com
*Attorney for Proposed Intervenors-Defendants Friends of the Columbia Gorge, Inc., Jody Akers, Paul Akers, Danny Gaudren, Kathee Gaudren, Rachel Grice, Zachary Grice, Greg Misarti, Edmond Murrell, Richard J. Ross, Karen Streeter, Sean Streeter, and Eleanor Warren*

FED. R. CIV. P. 26(F) AND LCR 16 JOINT STATUS REPORT AND DISCOVERY PLAN: CASE NO. 3:22-CV-5209 - 4
PDX\139481\272315\MLCA\35338751.4

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
700 Washington Street, Suite 701
Vancouver, WA 98660
Telephone: 360-694-7551